AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| First Chatham Bank | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:11-cv-00238-PMD |
| Christopher T. Landers and Michael D. Lang | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff's Motion for Summary Judgment be granted as to defendant Christopher T. Landers.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge.


Date:   September 29, 2011                                   *CLERK OF COURT*

                                                                                      s/Anna Lanahan
                                                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*